Argued October 15, decided November 17, 1908.

## COFFEY v. WILLOUGHBY.

[97 Pac. 1082.]

From Multnomah: ARTHUR L. FRAZER; Judge.

Suit by B. D. Coffey against C. U. Willoughby, O. M. Smith et al. to establish and foreclose a mechanic's lien. From a decree in favor of plaintiff, defendants appeal.

REVERSED.

For appellant there was a brief and an oral argument by *Mr. John H. Hall.*

For respondent there was a brief with oral arguments by *Mr. Andrew T. Lewis* and *Mr. Walter G. Hayes.*

Opinion by MR. COMMISSIONER SLATER.

This is a suit to establish and enforce an alleged mechanic's lien upon two dwelling houses constructed upon the east two-thirds of lots 9 and 10, block 11, Albina Homestead in Multnomah County. The material facts in this case are substantially the same as those in the case of *Coffey* v. *Smith et al.* 52 Or. 538 (97 Pac. 1079), and the conclusion there reached is controlling here. The same decree should be entered.          REVERSED.